1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEIYUE GUO,

                    Petitioner,

    v.

WILLIAM P. BARR, et al.,

                    Respondents.

CASE NO. C20-749-RSM-BAT

**ORDER GRANTING STIPULATED
MOTION TO HOLD IN ABEYANCE**

      The parties' stipulated motion, Dkt. 10, is GRANTED. The case is hereby STAYED and held in abeyance pursuant to the terms and for the reasons set forth in the parties' stipulation. If the petition is not dismissed on or before July 22, 2020, the noting date for Respondents' Motion to Dismiss and Petitioner's response deadline will be reset by order of this Court.

      The Clerk is directed to STRIKE from the Court's calendar the noting date for Respondents' Motion to Dismiss, Dkt. 6, and to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

      DATED this 26th day of June, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO HOLD IN ABEYANCE - 1