Honorable Ricardo S. Martinez
Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEIYUE GUO,<br><br>                 Petitioner,<br><br>  v.<br><br>WILLIAM P. BARR, et al.,<br><br>                 Respondents. | NO. C20-0749-RSM-BAT<br><br>STIPULATION FOR ORDER OF DISMISSAL<br><br>NOTED ON MOTIONS CALENDAR:<br>**July 20, 2020** |

The parties hereby stipulate, agree, and respectfully request as follows:

Petitioner has been released on parole. Accordingly, this matter is now moot. The matter may be dismissed without prejudice and without costs or fees to any party.

STIPULATION FOR ORDER OF DISMISSAL
C20-0749-RSM-BAT - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Respectfully submitted and presented by,

Dated this 20th day of July, 2020.

| | |
|---|---|
| BRIAN T. MORAN<br>United States Attorney | ADAM W. BOYD |
| */s/ Patricia D. Gugin*<br>PATRICIA D. GUGIN, WSBA # 43458<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: 253-428-3832<br>E-mail: pat.gugin@usdoj.gov<br><br>Attorneys for Federal Respondents | */s/ Adam W. Boyd*<br>Adam W. Boyd, Esq. WSBA# 49849<br>621 Pacific Ave., Suite 209<br>Tacoma, WA 98402<br>Phone: 253-212-3375<br>Email: awblawoffice@gmail.com<br><br>Attorney for Petitioner |

STIPULATION FOR ORDER OF DISMISSAL
C20-0749-RSM-BAT - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the case is dismissed without prejudice and without costs or fees for any party.

DATED this 21st day of July, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR ORDER OF DISMISSAL
C20-0749-RSM-BAT - 3

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800